IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

RACHEL JAMES,

                Plaintiff,

vs.                               Case No: 15-cv-219-S

QUANTUM ACCOUNTS
   RECEIVABLE MANAGEMENT
SERVICES INC., et al.,
                Defendants.

**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS
AND REQUIRING SERVICE AND RESPONSE**

    This matter is before the Court on Plaintiff's motion to proceed in forma pauperis. The Court has reviewed the motion, the file, and is fully informed in the premises.

    Plaintiff submitted a Motion to Proceed *In Forma Pauperis* and supporting affidavits. The Court finds that Plaintiff does not have the financial resources to pay the filing fee in this case. Therefore, the Court will GRANT Plaintiffs Motion to Proceed *In Forma Pauperis*.

    Upon consideration of the Complaint and the file herein, it appears to the Court the Complaint should be served on Defendants by the Clerk of Court. The Court does not find that Plaintiff's Complaint is subject to summary dismissal at this time.

    IT IS ORDERED that Plaintiff's Motion to Proceed In Forma Pauperis is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall serve a copy of the Complaint on Defendants as follows:

1. The Clerk shall send each Defendant a copy of the Complaint, and a Notice of Lawsuit and request that each Defendant waive service of a summons in a manner set forth in Fed. R. Civ. P. 4(d).

2. If any Defendant does not return the Waiver of Service within thirty (30) days from the date on which the request was sent, the Clerk shall issue a summons to the Defendant who failed to return the waiver and shall deliver the summons and a copy of the Complaint to the United States Marshal for service on said Defendant.

   Dated this _____ day of December, 2015.

_____
**UNITED STATES DISTRICT JUDGE**